**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA4 | 9023424 | Scott | 1248 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 2204 hours 01/20/2023 | 36 CFR 4.2 assimilate AR 27-16-303 driving while suspended |

Place of Offense

West Mountain Hosp

Offense Description: Factual Basis for Charge                                HAZMAT ☐

Driving while suspended

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Jason | |

Street Address

██████████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 159 ZAB | AR | | Dodge P.U. | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. $ _____ Forfeiture Amount + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9023424*

CVB SCAN 02/01/2023 11:11

---

(For issuance of an arrest warrant or summons)

I state that on ___5N'20___, 20 23 while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☑ my personal observation          ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __01/20/2023__    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 02/01/2023 11:11