IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRIMINAL NO. 6:23-PO-06036          USA vs.  Jason Smith

COURT PERSONNEL:                    DEFENDANT'S COUNSEL:

JUDGE: _____      Ben Hooten_____
                                    (Name)
MAGISTRATE: Barry A. Bryant_____    CJA_____
                                    (Address)
CLERK: Sheri Sivley_____     Hot Springs, AR_____
                                    (City, State, Zip Code)
RECORDER: Sheri Sivley_____    _____
                                    (Telephone Number)
GOVERNMENT: Bryan Achorn_____    RET ☐  FPD ☐  WV ☐  CJA ☑

INTERPRETER: _____

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:          ☑ initial appearance          ☐ arraignment and plea
☑ Charges:    ☑ Petty Offense      ☐ Information  ☐ Indictment  ☐ Superseding
☐ Rule 5 - District and case number: _____
☐ Petition on supervised release
☑ Level of offense:    ☑ petty    ☐ misdemeanor    ☐ felony
☑ Defendant appeared:    ☐ with counsel    ☑ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed and filed
☑ Counsel appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate
   representation
☑ Inquiry made regarding defendant's age
☑ Inquiry made regarding defendant's education level and ability to read/write
      ☑    English        ☐    Spanish
☑ Inquiry made as to whether defendant is taking any medication, is under a doctor's care, and/or if there
   is any reason defendant is unable to comprehend proceedings
☐ Court finds that defendant is the person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed
☑ Plaintiff ordered to provide Rule 16 Disclosures to Defendant within 10 days of this date and Defendant
   ordered to provide Rule 16 Disclosures to the Plaintiff within 20 days of this date.

INITIAL APPEARANCE/ARRAIGNMENT AND
PLEA USA vs. Jason Smith

☑ Defendant informed of rights
☑ Court finds that defendant has received charging document
☑ Court finds that defendant has read charging document or that it has been read to defendant and that it is understood by defendant
☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
☐ Defendant advised as to Immigration consequences
☐ Waiver of indictment executed and filed
☐ Information filed
☐ Indictment read      ☐ substance of charge stated
☐ Information read     ☐ substance of charge stated
☐ Complaint read       ☐ substance of charge stated
☐ Defendant waived reading of:   ☐ Indictment   ☐ Information   ☐ Complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☑ Government was directed to provide exculpatory evidence pursuant to Brady v. Maryland.

**DEFENDANT'S PLEA:**
☑ Not Guilty to count(s)  All
☐ Guilty to count(s)
☐ Nolo contendere to count(s)
☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
☐ Preliminary hearing  _____
☐ Detention hearing  _____
☐ Revocation hearing  _____
☑ Trial Date          Bench trial set 11/14/23 at 9:00 AM
☐ Sentencing Date  _____
☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
☐ Defendant directed to file  _____
☐ Government directed to file  _____
☐ _____

**BOND** set at _____
☐ Defendant released on present bond
☑ Defendant to make bond and be released
☐ Defendant remanded to custody of U.S. Marshals Service

**SPECIAL CONDITIONS OF RELEASE:**
☐ Pretrial supervision as directed by the U.S. Probation Office
☐ _____
☐ _____

Proceedings began:  2:00 PM
ended:  2:20 PM

DATE: September 5, 2023