IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                                    Case No.: 6:23PO-06036

Jason Smith                                                 DEFENDANT

## WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR BY VIDEO TELECONFERENCING

I understand that I have the right to appear in person before the Court. After consulting with my attorney, I choose to waive my right to appear in person, pursuant to Federal Rules of Criminal Procedure 5(g) and Rule 10(c), including my initial appearance, arraignment, or other pre-trial hearing, and I agree to appear by video teleconferencing. This Waiver of Personal Appearance and Consent to Appear by Video Teleconferencing shall remain in effect until such time as I revoke it by written notice to my attorney or to the Court.

Date: 9/5/23

X _____
Defendant Signature

_____
Signature of Defendant's Attorney

Ben Hooten
Printed Name of Defendant's Attorney

## RENUNCIA A COMPARECER PRESENCIALMENTE Y CONSENTIMIENTO PARA HACERLO POR VIDEO-TELECONFERENCIA

Entiendo que tengo el derecho de comparecer presencialmente ante el juez. Sin embargo, después de consultarlo con mi abogado he decidido renunciar a este derecho de acuerdo a las reglas de procedimiento penal 5(g) y la regla 10(c), esto incluye mi comparecencia inicial y/o mi comparecencia de lectura de acusaciones, lectura d cargos u otra audiencia previa al juidicio. He acepto llevarlos a cabo por video-teleconferencia. Esta renuncia a mis derechos de comparecencia presencial y consentimiento para presentarme video-teleconferencia deberá de permanecer en efecto hasta que yo lo revoque por escrito ya sea por medio de mi abogado o directamente con el tribunal.

Fecha: _____

_____
Firma del Accusado

_____
Firma del abogado defensor

_____
Nombre del abogado defensor