**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.  6:23-PO-06036/06232** |
| | ) | |
| **JASON SMITH** | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1.  That **JASON SMITH,** Defendant herein, is now confined in the Garland County Detention Center, Hot Springs, Arkansas, and is being held by the Sheriff or if he is transferred prior to the said Court date to the Arkansas Department of Corrections, the Warden of said facility, thereof.

2.  It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, HOT SPRINGS, Arkansas, for proceedings on the charges now pending against him and said Defendant then be returned to the above-named institution at the conclusion of all proceedings in the above-named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas
To the Sheriff, Garland County Detention Center, Hot Springs, Arkansas
To the Warden, Arkansas Department of Corrections facility

requiring them to produce the body of the said defendant before this Court, Hot Springs, Arkansas, on **September 9, 2025, at 9:00 a.m.**

David Clay Fowlkes
United States Attorney

By: */s/Bryan A. Achorn*

Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 494-4080