**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION – MAGISTRATE COURT**

UNITED STATES OF AMERICA

v.                                    Case No. 6:23PO-06036 & 06232

**JASON SMITH**

**DEFENDANT'S PLEA OF GUILTY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JASON SMITH** , Defendant herein, and enters this Plea
of Guilty and respectfully states and admits as follows:

1. Defendant is charged with the offense(s) of:

**DRIVING ON SUSPENDED DRIVER'S LICENSE (11 PRIORS) (06036)**

**DRIVING ON SUSPENDED DRIVER'S LICENSE (11 PRIORS) (06232)**

2. Defendant understands that, under Rule 58, Federal Rules of Criminal Procedure, Defendant has the right to remain silent, the right to hire a lawyer (or have one appointed if he/she cannot afford to hire a lawyer), and the right to trial before the United States Magistrate Judge. Defendant further understands that the maximum penalty that may be imposed for the violation described in Paragraph One is a fine of no more than $5,000.00, no more than 6 months imprisonment, a processing fee in the amount of $30.00, and a Special Assessment in the amount of $10.00.

3. Defendant hereby waives the above rights (except the right to a lawyer only if noted by lawyer's signature below) and enters a plea of guilty to the following charges as follows and agrees to the following terms and conditions:

**Count One:** SUSP. DL (11 PRIORS)       **Citation No:** 9023424 (06036)

Fine - $_____   Special Assessment - $10   Processing Fee - $30

Fine - $400.00   with $400.00   suspended/conditioned upon SEE BELOW.

Confinement Period: TEN (10) DAYS CONFINEMENT, CONCURRENT WITH COUNT TWO AND CURRENT ADC SENTENCE

Probationary Period: _____

Total $40.00   to be paid by _____   Dismissed – _____

**Count Two:** SUSP. DL (11 PRIORS)       **Citation No:** 9021949 (06232)

Fine - $_____   Special Assessment - $10   Processing Fee - $30

Fine - $400.00   with $400.00   suspended/conditioned upon SEE BELOW.

Confinement Period: TEN (10) DAYS CONFINEMENT, CONCURRENT WITH COUNT ONE AND CURRENT ADC SENTENCE

Probationary Period: _____

Total $40.00   to be paid by _____   Dismissed – _____

**Count Three:** _____       **Citation No:** _____

Fine - $_____   Special Assessment - $10   Processing Fee - $30

Fine - $_____   with $_____   suspended/conditioned upon _____

Confinement Period: _____

Probationary Period: _____

Total $_____   to be paid by _____   Dismissed – _____

**Count Four:** _____       **Citation No:** _____

Fine - $_____   Special Assessment - $10   Processing Fee - $30

Fine - $_____   with $_____   suspended/conditioned upon _____

Confinement Period: _____

Probationary Period: _____

Total $_____   to be paid by _____   Dismissed – _____

**Count Five:** _____       **Citation No:** _____

Fine - $_____   Special Assessment - $10   Processing Fee - $30

Fine - $_____   with $_____   suspended/conditioned upon _____

Confinement Period: _____

Probationary Period: _____

Total $_____   to be paid by _____   Dismissed – _____

**\*\*SUSPENSION OF ANY PENALTIES CONDITIONED UPON COMPLIANCE WITH ANY OF THE FOLLOWING APPLICABLE TERMS: COMPLETION OF CONFINEMENT; PAYMENT OF MONETARY PENALTIES; COMPLIANCE WITH BAN; & NO FURTHER OFFENSES WITHIN NEXT TWELVE (12) MONTHS.\*\***

Defendant respectfully requests the Court to accept this plea.

_____
Signature

## JASON SMITH
Printed Name

_____9-9-2025_____
Date

_____
Defense Counsel

The undersigned Assistant U.S. Attorney agrees to this disposition.

_____
Assistant U.S. Attorney

### ORDER

On this date, the Court accepts Defendant's plea and finds the Defendant guilty. Defendant is, therefore, ordered to comply with the terms and conditions of the guilty plea as specified in Paragraph Three. Failure to comply with the terms and conditions of this agreement can result in issuance of an arrest warrant. In addition, any imposed fine and/or administrative fees may be referred to the United States Treasury for collection.

Dated this 9 day of September, 2025.

_____
Honorable Mark E. Ford,
Magistrate Judge
Western District of Arkansas